PD-1131-15

PD-1131-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/31/2015 3:41:33 PM
Accepted 9/1/2015 12:06:29 PM
ABEL ACOSTA
CLERK

NO. PD._____

---

## IN THE COURT OF CRIMINAL APPEALS
## OF TEXAS

---

**REMUS LITOIU,**
**APPELLANT**

**V.**

**THE STATE OF TEXAS,**
**APPELLEE**

---

**On Petition For Discretionary Review From The Thirteenth Court Of Appeals In No. 13-13-00489-CR affirming the conviction in cause number S-13-3012-Cr, from the District Court Of San Patricio County, Texas**

---

### APPELLANT'S MOTION FOR EXTENSION OF TIME

---

Respectfully submitted,

 /s/ Les Cassidy
Les Cassidy
814 Leopard Street
Corpus Christi, Texas 78401
361-887-2965 (office)
361-885 -0320  (fax)
State Bar No. 03979270
Attorney for Appellant,
REMUS LITOIU

FILED IN
COURT OF CRIMINAL APPEALS

September 1, 2015

ABEL ACOSTA, CLERK

Now comes Remus Litoiu, Appellant, and moves this Court to grant an extension of time to file appellant's Petition for Discretionary Review, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case was on appeal from the 36th Judicial District Court of San Patricio County, Texas.

2. The style of the case in the 13th Court of Appeals was <u>REMUS LITOIU vs. STATE OF TEXAS</u>, and numbered 13-13-00489-CR.

3. Notice of the Opinion and Judgment from the Court of Appeals was given on July 30, 2015.

4. The appellate Petition for Discretionary Review is presently due on August 31, 2015.

5. Appellant requests an extension of time of 15 days from the present due date, i.e. August 31, 2015, to file his Petition for Discretionary Review.

6. This Motion is timely filed less than 15 days after the last day for filing a Petition for Discretionary Review.

7. No prior extensions to file the appellant's Petition for Discretionary Review have been requested in this cause.

8. Appellant relies on the following facts as good cause for the requested extension:

Counsel needs additional time to adequately prepare the Appellant's Petition for Discretionary Review for filing and Counsel is asking for a 15-day extension to properly complete the Petition. Appellate Counsel's paralegal, Alice Sheets, was out of the office during the week of August 24 – 28, 2015, while under subpoena in a case pending in the 214th Judicial District Court in Nueces County, in which she was a testifying witness. Appellate counsel has multiple trial settings in District and County Courts and will be busy resolving two matters on August 31, 2015 through September 2, 2015. A 15-day extension will allow more time for the filing of an appropriate Petition for Discretionary Review.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion for Extension of Time to File Appellant's Petition for Discretionary Review, and for such other and further relief as the Court may deem appropriate.

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served in accordance with the Texas Rules of Civil Procedure on this the 31st day of August 2015, on the following:


**Via Fax 361-364-9490**
San Patricio District Attorney
400 West Sinton Street, Room 108
Sinton, Texas 78387

_/s/ Les Cassidy_____
Les Cassidy